# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. _____<br><br>04 - 3 0 0 4 6 - KPN |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant The Charter Oak Fire Insurance Company in the above-captioned action.

Respectfully submitted,

*Wystan M. Ackerman*

Wystan M. Ackerman, BBO #651086
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: wackerman@rc.com

Dated: March 3, 2004

## <u>CERTIFICATE OF SERVICE</u>

    I, Wystan M. Ackerman, hereby certify that on this 3rd day of March, 2004, I served a true copy of the foregoing Notice Of Appearance via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103-2069

Wystan M. Ackerman