UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. _____ <br><br> 04-30046-KPN |

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT THE CHARTER OAK FIRE INSURANCE COMPANY

Pursuant to Fed. R. Civ. P. 7.1 and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, The Charter Oak Fire Insurance Company ("Charter Oak"), hereby states that it is a wholly-owned subsidiary of The Travelers Indemnity Company, which is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., a publicly-traded company.

DEFENDANT,
THE CHARTER OAK FIRE
INSURANCE COMPANY,

/s/ Wystan M. Ackerman
Wystan M. Ackerman, BBO #651086
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: wackerman@rc.com

Dated: March 3, 2004

2

## **CERTIFICATE OF SERVICE**

I, Wystan M. Ackerman, hereby certify that on this 3rd day of March, 2004, I served a true copy of the foregoing Corporate Disclosure Statement Of Defendant The Charter Oak Fire Insurance Company via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103-2069

*/s/ Wystan M. Ackerman*
Wystan M. Ackerman