UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS

|   |   |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 04-30046-KPN |

### NOTICE OF FILING OF CERTIFIED COPIES OF ALL RECORDS AND PROCEEDINGS IN THE STATE COURT

Pursuant to Local Rule 81.1(a), Defendant The Charter Oak Fire Insurance Company hereby files certified copies of all records and proceedings in the Massachusetts Superior Court, Hampden County, and a certified copy of all docket entries in that court.

Respectfully submitted,

_Wystan M. Ackerman_
Wystan M. Ackerman, BBO #651086
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: wackerman@rc.com

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

I, Wystan M. Ackerman, hereby certify that on this 15th day of March, 2004, I served a true copy of the foregoing Notice of Filing of Certified Copies of All Records and Proceedings in the State Court via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103-2069

*Wystan M. Ackerman*
Wystan M. Ackerman