UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-30046-KPN |
| v. | ) ) ) | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, | ) ) ) ) | FILING FEE PAID: RECEIPT # 3 05550 AMOUNT $ 50.00 BY DPTY CLK MGA |
| Defendant. | ) ) | DATE 3/19/04 |

FILED
CLERK'S OFFICE

19 A II: 3?

U.S. DISTRICT COURT
DISTRICT OF MASS

**DEFENDANT'S ASSENTED-TO MOTION FOR
*PRO HAC VICE* ADMISSION OF GERALD P. DWYER, JR., ESQ.**

Pursuant to Local Rule 83.5.3(b), and upon the attached affidavit of Gerald P. Dwyer, Jr., the defendant, The Charter Oak Fire Insurance Company ("Charter Oak"), hereby moves for an order granting Gerald P. Dwyer, Jr. leave to appear *pro hac vice* as co-counsel of record for Charter Oak.

Mr. Dwyer is associated with the law firm of Robinson & Cole LLP, counsel for Charter Oak in this action. He has been admitted to the bar of the Commonwealth of Massachusetts since 1995 and has recently filed an application for admission to the bar of this Court. He is admitted to practice in the state courts of Connecticut, Massachusetts, New York and Washington, and in a number of United States District Courts, as set forth in his affidavit. As stated in his affidavit, he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, there are no disciplinary proceedings against him, and he is familiar with the Local Rules of this Court.

Counsel for Plaintiffs has assented to the relief sought in this motion.

Charter Oak respectfully requests that the Court issue an Order permitting Gerald P.

Dwyer, Jr., to appear *pro hac vice* in the above-captioned action on its behalf.

> DEFENDANT,
> **THE CHARTER OAK FIRE
> INSURANCE COMPANY,**
>
> _____
> Wystan M. Ackerman, BBO #651086
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103
> Tel.: (860) 275-8200
> Fax: (860) 275-8299
> E-mail: wackerman@rc.com

Dated: March 16, 2004

## CERTIFICATE OF SERVICE

I, Wystan M. Ackerman, hereby certify that on this 16th day of March, 2004, I served a true copy of the foregoing Motion For *Pro Hac Vice* Admission Of Gerald P. Dwyer, Jr., Esq. via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103-2069

_____
Wystan M. Ackerman

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| | ) |
| **DIMAIO FAMILY PIZZA &** | ) |
| **LUNCHEONETTE, INC. and** | ) |
| **ANTHONY A. DIMAIO,** | ) |
| | ) |
| **Plaintiffs,** | )    **Civil Action No. 04-30046-KPN** |
| | ) |
| **v.** | ) |
| | ) |
| **THE CHARTER OAK FIRE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**AFFIDAVIT OF GERALD P. DWYER, JR., ESQ.**

STATE OF CONNECTICUT)
                                          ) ss.
COUNTY OF HARTFORD  )

GERALD P. DWYER, JR, being duly sworn, upon personal knowledge deposes and says:

1 .     I am associated with the law firm of Robinson & Cole, LLP, counsel for Defendant The Charter Oak Fire Insurance Company in this action.

2.      I reside at 298 Hartford, Avenue, Wethersfield, Connecticut, Connecticut, 06109.

3 .     I received a J.D. from Gonzaga University School of Law in 1995 and an LL.M. from Georgetown University Law Center in 1996.

4.      I have been a member in good standing of the following bars:

   a.     Commonwealth of Massachusetts, admitted in 1995;

   b.     State of Connecticut, admitted in 1998;

c.      State of New York, admitted in 2000;

d.      State of Washington, admitted in 2001;

e.      United States District Court for the District of Connecticut, admitted in 1999;

f.      United States District Court for the Southern District of New York, admitted in 2001;

g.      United States District Court for the Eastern District of New York, admitted in 2001;

h.      United States District Court for the Northern District of New York, admitted in 2001; and

i.      United States Court of Appeals for the Eighth Circuit.

5.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

6.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8.      Attached hereto is a certificate of good standing from the Supreme Judicial Court of Massachusetts.

- 2 -

- 3 -

_Gerald P. Dwyer, Jr._
Gerald P. Dwyer, Jr.

Sworn to and subscribed before
me this _7th_ day of March, 2004.

_Susan B. Tenore_
Notary Public

**SUSAN B. TENORE**
*NOTARY PUBLIC*
My Commission expires MY COMMISSION EXPIRES MAY 31, 2005

- 3 -

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the     twenty-seventh

day of     December     A.D.   1995   , said Court being the highest Court of Record in said Commonwealth:

## Gerald P. Dwyer, Jr.

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  eighth day of  March in the year of our Lord two thousand and four.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116