UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIMAIO FAMILY PIZZA & )
LUNCHEONETTE, INC., and )
ANTHONY A. DIMAIO, )
          Plaintiffs )
)
v. )    Civil Action No. 04-30046-KPN
)
)
THE CHARTER OAK FIRE )
INSURANCE COMPANY, )
          Defendant )

SCHEDULING ORDER
April 7, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day. The schedule applies to suit limitation period issues only:

1. All written discovery shall be served by April 16, 2004, with responses due no later than May 17, 2004.

2. Depositions shall be completed by June 11, 2004.

3. Defendant shall file its motion for summary judgment by July 2, 2004.

4. Plaintiffs shall file their opposition and cross motion for summary judgment by July 23, 2004, to which Defendant shall respond by August 13, 2004.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge