UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 04-30046-KPN |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant The Charter Oak Fire Insurance Company in the above-captioned action. I was admitted to practice before this Court on May 18, 2004, and had previously been admitted as *pro hac vice* co-counsel of record for the defendant in this matter.

Respectfully submitted,

_____
Gerald P. Dwyer, Jr., BBO# 631475
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: gdwyer@rc.com

Dated: May 19, 2004

## CERTIFICATE OF SERVICE

    I, Gerald P. Dwyer, Jr., hereby certify that on this 19th day of May, 2004, I served a true copy of the foregoing Notice of Appearance via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103-2069

                                                */s/ Gerald P. Dwyer, Jr.*
                                                Gerald P. Dwyer, Jr.