UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 04-30046-KPN |

**DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(b)(2) and Rule 7.3(b)(2) of the Local Rules of the United States District Court for the District of Massachusetts, the defendant, The Charter Oak Fire Insurance Company, hereby supplements its corporate disclosure to reflect the following change: The St. Paul Travelers Companies, Inc., a publicly held corporation, is now the ultimate parent of The Charter Oak Fire Insurance Company. Its predecessor, Travelers Property Casualty Corp., is now a subsidiary holding company.

Dated: June 30, 2004

DEFENDANT,
THE CHARTER OAK FIRE INSURANCE COMPANY

By: _____
Gerald P. Dwyer, Jr., BBO# 631475
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: gdwyer@rc.com

## CERTIFICATE OF SERVICE

I, Gerald P. Dwyer, Jr., hereby certify that on this 30th day of June, 2004, I served a true copy of the foregoing DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT via first-class mail, postage prepaid, upon the following:

Mark J. Albano, Esq.
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA  01103-2069


_____
Gerald P. Dwyer, Jr.