UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-30046-KPN |

### DEFENDANT THE CHARTER OAK FIRE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant The Charter Oak Fire Insurance Company ("Charter Oak") moves for summary on all of the plaintiffs' claims, each of which arise from the allegation that Charter Oak improperly failed to pay the plaintiffs insurance proceeds for loss caused by a December 18, 2000 fire at the plaintiffs' restaurant.

As more fully set forth in its memorandum of law, Charter Oak is entitled to judgment as a matter of law because the undisputed material facts demonstrate conclusively that the plaintiffs failed to comply with the suit-limitation provision contained in the insurance policy, a provision that Massachusetts mandates that Charter Oak (and all other insurers) include in all fire insurance policies and which requires that any legal action for recovery under the policy be commenced within two years of the loss.

In support of this motion, Charter Oak submits its Statement of Undisputed Material Facts submitted herewith in accordance with Local Rule 56.1, the Affidavits of David Reed and Lori A. Gizzi, and its Memorandum of Law in Support of its Motion for Summary Judgment.

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1(D), Charter Oak respectfully requests a hearing on this motion.

Dated: July 9, 2004

DEFENDANT,
THE CHARTER OAK FIRE INSURANCE COMPANY

By: _____
Gerald P. Dwyer, Jr., BBO# 631475
Wystan M. Ackerman, BBO #651086
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: gdwyer@rc.com
E-mail: wackerman@rc.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I, Gerald P. Dwyer, Jr., hereby certify that on June 30, 2004, I conferred with counsel for the plaintiffs, Mark J. Albano, in an attempt to resolve the issue presented herein. The plaintiffs were unwilling to assent to the relief requested.

_____
Gerald P. Dwyer, Jr.