UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*
*CLERK'S OFFICE*

*U.S. DISTRICT COURT*

|  |  |  |
|---|---|---|
| DiMAIO FAMILY PIZZA &<br>LUNCHEONETTE, INC. and<br>ANTHONY A. DiMAIO, | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No.: 04-30046-KPN |
|  | ) | |
| v. | )<br>) | |
| THE CHARTER OAK FIRE<br>INSURANCE COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above-referenced, by their undersigned counsel, hereby jointly move to amend the Court's April 7, 2004 Scheduling Order as follows:

1.     By extending from July 23 to August 13, 2004, the time for the plaintiff's opposition to the defendant's motion for summary judgment or cross motion for summary judgment;

2.     By extending from August 13 to August 27, 2004 the time for the defendant's response to the plaintiff's opposition to the defendant's motion for summary judgment or cross motion for summary judgment.

As grounds for this motion, counsel state that the defendant's motion for summary judgment was filed and served on July 9, 2004. The additional time requested is necessary to accommodate the vacation and professional schedule of counsel for the plaintiffs, which was unanticipated at the time the Scheduling Order was entered.

Dated: July 22, 2004

THE PLAINTIFFS,
DIMAIO FAMILY PIZZA &
LUNCHEONETTE, INC. and
ANTHONY A. DIMAIO,

THE DEFENDANT,
THE CHARTER OAK FIRE
INSURANCE COMPANY,

By: *Mark Albano*
Mark J. Albano (BBO # 013860)
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA  01103-2069
Boston, MA 02108-4404
Tel. (413) 736-6971
Fax. (413) 746-9224
E-mail: malbano@dalsey-ferrara.com

By: *Gerald P. Dwyer (by MJA)*
Gerald P. Dwyer, Jr. (*pro hac vice*)
Wystan M. Ackerman (BBO #651086)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel. (860) 275-8200
Fax. (860) 275-8299
        E-mail: gdwyer@rc.com
E-mail: wackerman@rc.com