# Franklin County Cooperative Inspection Program

County Court House - STE 25
425 Main Street, Greenfield, MA 01301-3393

| **Building** | **Plumbing & Gas** | **Wiring** |
|---|---|---|
| (413) 772-2026 | (413) 774-5878 | (413) 774-5623 |
| 8:00 a.m. - 3:30 p.m. | 8:00 a.m. - 10:00 a.m. | 8:00 a.m. - 10:00 a.m. |

**Member Towns**
Ashfield
Bernardston
Buckland
Charlemont
Conway
Erving
Gill
Hawley
Heath
Leverett
Leyden
Monroe
Northfield
Shelburne
Shutesbury
Wendell
Whately

December 18, 2000

Mr. Anthony DiMaio
P.O. Box 563
Bernardston, MA 01337

Dear Mr. DiMaio:

    Villa DiMaio's Restaurant, damaged by fire on 12/17/00, is deemed an unsafe structure, per Section 121 of the Mass. Bldg. Code, enclosed. You must begin to remove the remaining portion of the structure by January 15, 2001, for which a permit is required. I am enclosing a permit application for your convenience.

Respectfully,

James D. Hawkins
Inspector of Buildings

JDH/jb

Enc

COF-01223



# TOWN OF WHATELY
## MASSACHUSETTS 01093

Center School Offices
218 Chestnut Plain Road
P. O. Box 181
Whately, MA 01093

Phone: 413-665-4400
Fax: 413-665-9560

OFFICE OF THE
BOARD OF SELECTMEN



February 2, 2001

Mr. David Reed
General Adjuster
Travelers Property Casualty
One Tower Square
Hartford, CT 06183-001

Insured: Villa DiMaio Restaurant
Policy Number: I0660 575X1693
Claim/File #: 877 FY BUB7660 R
Date of Loss: 12/18/00
Property Address: 268 State Road
Whately, MA

Dear Mr. Reed:

The Town of Whately is notifying your company under Massachusetts General Laws Chapter 143, Section 6 and Massachusetts General Laws, Chapter 139, Section 3B that our Inspector of Buildings has ordered the demolition of the above referenced fire-damaged structure. Enclosed please find copies of recent correspondence from our Inspector of Buildings to the property owners recommending that demolition proceed as soon as possible. It is our understanding, after speaking with the State Fire Marshall's Office and Bureau of Alcohol, Tobacco and Firearms, the site is no longer needed for any investigative work.

We hope that you are working with your insured to have demolition proceed as quickly as possible.

Sincerely,



Richard E. Smith, Chair
Board of Selectmen

COF-01226



# Franklin County Cooperative Inspection Program

County Court House - STE 25
425 Main Street, Greenfield, MA 01301-3393
FAX: 773-0896

| **Building** | **Plumbing & Gas** | **Wiring** |
|---|---|---|
| (413) 772-2026 | (413) 774-5878 | (413) 774-5623 |
| 8:00 a.m. - 3:30 p.m. | 8:00 a.m. - 10:00 a.m. | 8:00 a.m. - 10:00 a.m. |

Member Towns
Ashfield
Bernardston
Buckland
Charlemont
Conway
Erving
Gill
Hawley
Heath
Leverett
Leyden
Monroe
Northfield
Shelburne
Shutesbury
Wendell
Whately

January 25, 2001

Mr. Anthony DiMaio
P.O. Box 563
Bernardston, MA 01337

Dear Mr. DiMaio:

Your fire-damaged structure is no longer required to remain standing for investigation by the ATF, State Fire Marshall Gerald Perwak, or your insurance company, Traveller's Insurance.

The Town of Whately would like the demolition to proceed as soon as possible. An application for a demolition permit is enclosed for your convenience. If you have any questions, please do not hesitate to call this office any weekday morning.

Respectfully,

James D. Hawkins
Inspector of Buildings

JDH/jb

cc: Board of Selectmen

Certified Mail: 7099 3400 0010 6682 2070
Regular Mail

COF-01222

316


**Travelers**Insurance
A member of citigroup

Street Address:  
300 Windsor Street  
Hartford, CT 06120  
**Mailing Address:**  
P.O. Box 2924  
Hartford, CT 06104-2924

David Reed, General Adjuster  
Claim Services  
860-277-7142  
Fax 203-601-4040  
e-mail: dreed@travelers.com

March 9, 2001

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
ANTHONY DIMAIO
VILLA DIMAIO RESTAURANT
25 SHED RD.
BERNARDSTON, MA 01337

Dear: Mr. Dimaio:

OUR INSURED: Villa Dimaio Restaurant
LOSS LOCATION: 268 State Road, Whately, MA 01093
DATE OF LOSS: December 18, 2000
POLICY NUMBER: IO660 575X1693
CLAIM NUMBER: BUB7660

Travelers investigation and evaluation of this the loss has been on going since our initial notice. Travelers has not made a determination regarding whether this is a covered loss under the policy.

Travelers will be issuing a $20,000.00 advance on this loss. This advance payment will be mailed to you under separate cover. The check will be made payable to both the named insured and the Town of Whately. The intent of the advance is for it to be applied toward the cost of debris removal at the loss location. Any remaining amounts from this advance payment not used toward the cost of debris removal at the loss location may be applied toward the outstanding Municipal Tax Lien on the property pursuant to Mass. Gen. Laws Chaps. 40, 59, 60, 80, 83, and 164, Secs. 58B through 58F. This advance in no way waives Travelers rights to deny the claim under the terms and conditions of the policy should we conclude our investigation and determine that this loss is not covered.

Travelers continues to reserves all of its rights in this matter, and does not hereby waive any of the terms or conditions of the above-referenced policy of insurance.

Sincerely,

David Reed, General Adjuster
Claim Services

COF-01131

Page 2
March 9, 2001
Mr. Dimaio

c:  Peter Stern, Esq.
    Richard E. Smith - Town of Whately
    John E. Tener, Esq. – Robinson & Cole LLP

COF-01132

# C. R. D. Inc.

EXCAVATING CONTRACTORS

Northfield Road
P.O. Box 218
Bernardston, Massachusetts 01337
Tel. 413-648-9507

Anthony Dimaio
25 Shedd Rd.
Bernardston, MA 01337

April 25, 2001

RE: Dimaio's Restaurant, Whately, MA

Dear Mr. Dimaio,

Our total cost to remove burnt building to slab on grade and disposal is $16,250.00.

Work will start within 10 days and be completed by May 30, 2001.

Do you have a demo permit or have you talked to anyone about it. You said you might want to save front brickwork, etc. Let me know when we can meet at the site to discuss these items.

Sincerely,
C.R. Deane
President

*Charles R. Deane (Sr)*

C.R.D. Inc



Street Address:
300 Windsor Street
Hartford, CT 06120
Mailing Address:
P.O. Box 2924
Hartford, CT 06104-2924

David Reed
General Adjuster
Claim Services
(860) 277-7142
(203) 601-4040 (fax)
e-mail: dreed@travelers.com

March 19, 2002

**VIA FACSIMILE 413-665-9560**
**CHRIS RYAN**
**TOWN OF WHATELY**
**P.O. BOX 265**
**WHATELY, MA 01093**

Dear: Mr. Ryan:

OUR INSURED: Villa Dimaio Restaurant
LOSS LOCATION: 268 State Road, Whately, MA 01093
DATE OF LOSS: December 18, 2000
POLICY NUMBER: IO660 575X1693
CLAIM NUMBER: BUB7660

Attached please find a letter that we received from Richard E. Smith, Board of Selectman.

Travelers understands that the Town of Whately undertook the demolition and debris removal of the subject property. We are requesting that you provide us with any and all documentation to support the cost incurred for the demolition and debris removal at the subject loss location. These amounts will be included in our adjustment of the loss.

If you have any questions please contact the undersigned.

Sincerely,

David Reed, General Adjuster
Claim Services

COF-01225



# TOWN OF WHATELY
## MASSACHUSETTS 01093

Center School Offices
218 Chestnut Plain Road
P. O. Box 181
Whately, MA 01093

OFFICE OF THE
BOARD OF SELECTMEN

Phone: 413-665-4400
Fax: 413-665-9560

April 8, 2002

Mr. David Reed, General Adjuster
Claim Services
Travelers Property Casualty
P. O. Box 2924
Hartford, CT  06104-2924

Insured:  Villa DiMaio Restaurant
Loss Location:  268 State Road, Whately, MA  01093
Claim Number:  BUB7660
Policy Number IO660 575X1693
Date of Loss:  12/18/00

Dear Mr. Reed:

We are in receipt of your letter dated March 19, 2002.  Enclosed you will find all the documentation we have for payments made in the demolition and debris removal for the DiMaio Restaurant.  As your March 9, 2001 letter indicated, the Town was authorized to use any remaining balance towards the outstanding Municipal Tax Lien on the property.

Payments made from the $20,000 were:

| | |
|---|---:|
| C.R.D. Inc. Excavating Contractors | $16,250.00 |
| Anthony DiMaio – demolition permit | 25.00 |
| Town of Whately – Taxes | 3,725.00 |
| | $20,000.00 |

If you have any questions please feel free to contact Chris Ryan or myself at 413-665-4400.

Sincerely,

*Lynn M Sibley*

Lynn M. Sibley
Municipal Secretary

COF-01228



Street Address:
300 Windsor Street
Hartford, CT 06120
Mailing Address:
P.O. Box 2924
Hartford, CT 06104-2924

David Reed
General Adjuster
Claim Services
(860) 277-7142
(877) 473-4826 (fax)
e-mail: dreed@travelers.com

July 30, 2003

SUSAN L. WARRINER, TREASURER/COLLECTOR
TOWN OF WHATELY
P.O. BOX 265
WHATELY, MA 01093

Dear Ms. Warriner:

OUR INSURED: Villa Dimaio Restaurant
LOSS LOCATION: 268 State Road, Whately, MA 01093
DATE OF LOSS: December 18, 2000
POLICY NUMBER: IO660 575X1693
CLAIM NUMBER: BUB7660

This correspondence and the enclosed check of $2,421.25 will serve to follow your letter of July 10, 2003 to Attorney John Tener of Robinson & Cole LLP.

We understand that the total amount due for FY 1999 and 2000 was $6,146.25. Travelers issued a payment of $20,000.00 on March 9, 2001 made payable to both Villa Dimaio Restaurant and the Town of Whately. A portion of this payment, or $16,275.00, was applied toward the demolition and debris removal of the property and the balance, or $3,725.00, was applied toward the outstanding taxes due the Town of Whately.

With our enclosed payment of $2,421.25 we have complied with the provisions of Massachusetts General Law Chapters 40, 59, 60, 80, 83, and 164, Sections 58B through 58F.

Sincerely,

David Reed, General Adjuster
Claim Services

Enclosure

COF-01244

# ADJUSTMENT SUMMARY

| | | | | |
|---|---|---|---|---|
| Insured: | Villa Dimaio Restaurant | | | DHR |
| Loss Location: | 268 State Road, Whately, MA 01093 | | | 9/22/2003 |
| Date of Loss: | December 18, 2000 | | | |
| Claim #: | BUB7660 | | | |

**Building**

| | | Loss | Claim |
|---|---|---|---|
| Broad Evidence Value Property(Land & Building) per report of Fitzgerald & Company, Inc | | | |
| Valuation Methods: | | | |
| Sales Comparison Approach | $300,000.00 | | |
| Cost Approach | $375,000.00 | | |
| Income Approach | $300,000.00 | | |
| Average of Valuation Methods | $325,000.00 | | |
| Less: Property Not Covered - Land | $50,000.00 | | |
| Broad Evidence Value of Covered Property | $275,000.00 | $275,000.00 | |

**Debris Removal Cost**

| | | | |
|---|---|---|---|
| Demolition per CRD Inc Excavating Contractors Inc | $16,250.00 | | |
| Demolition Permit | $25.00 | | |
| Total Debris Removal | $16,275.00 | $16,275.00 | |

**Business Personal Property**

| | | | |
|---|---|---|---|
| Value of Furniture, Fixtures and Equipment per Fitzgerald & Company, Inc. | $80,000.00 | | |
| Perishable Food - per Schedule B of Bankruptcy Case #: 00-40924HJB | $500.00 | | |
| Total Actual Cash Value of Business Personal Property | $80,500.00 | $80,500.00 | |

**Business Income & Extra Expense**
Undetermined

| | | | |
|---|---|---|---|
| Actual Cash Value Loss | | $371,775.00 | |
| Less: Deductible | | $1,000.00 | |
| Actual Cash Value Claim | | $370,775.00 | $370,775.00 |

## Payments

| Payee | Check # | Date | Type | Amount |
|---|---|---|---|---|
| Villa Dimaio Restaurant and Town of Whately | 04233177 | 3/10/2001 | Building | $16,275.00 |
| Villa Dimaio Restaurant and Town of Whately | 04233177 | 3/10/2001 | Building - Tax Lien | $3,725.00 |
| Town of Whately | 00139923 | 7/31/2003 | Building - Tax Lien | $2,421.25 |
| Town of Whately | Outstanding | | | $2,608.64 |
| Outstanding to CIT Group | Outstanding | | | $345,745.11 |
| Total | | | | $370,775.00 |

COF-01253