✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| DIMAIO PIZZA & LUNCHEONETTE | **NOTICE** |
|---|---|
| V. | |
| CHARTER OAK FIRE INS. CO. | CASE NUMBER:   04-30046-KPN |

TYPE OF CASE:

☒  **CIVIL**           **CRIMINAL**

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | September 27, 2004 at 2:00 p.m. |

TYPE OF PROCEEDING

HEARING ON [14] MOTION FOR SUMMARY JUDGMENT

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 14, 2004                              /s/ *Bethaney A. Healy*
DATE                                             (BY) DEPUTY CLERK

TO:     All Counsel of Record