✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIMAIO PIZZA & LUNCHEONETTE

**NOTICE**

V.

CHARTER OAK FIRE INS. CO.              CASE NUMBER:  04-30046-KPN

TYPE OF CASE:

☒ **CIVIL**            **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | December 29, 2004, at 10:30 a.m. |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 9, 2004                              /s/ *Bethaney A. Healy*
DATE                                          (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD