UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIMAIO FAMILY PIZZA AND )
LUNCHEONETTE, INC., et al., )
        Plaintiffs )
)
v. )   Civil Action No. 04-30046-KPN
)
THE CHARTER OAK FIRE )
INSURANCE CO., et al., )
        Defendants )

FURTHER SCHEDULING ORDER
December 30, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference yesterday:

1. All remaining discovery shall be completed by March 24, 2005.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 23, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by July 28, 2005.

4. All expert and non-expert depositions shall be completed by September 1, 2005.

5. Counsel shall appear for a case management conference on September 8, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge