UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DIMAIO,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 04-30046-KPN |

## STIPULATION OF DISMISSAL OF COUNT VI OF THE COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties to the above-captioned action, pending Court approval, hereby stipulate to the dismissal of Count VI of the Complaint, alleging a cause of action under Mass. Gen. L. ch. 93A, without prejudice and without costs. The parties further stipulate that this dismissal of Count VI shall constitute a dismissal with prejudice in the event that the United States Court of Appeals for the First Circuit affirms the District Court's ruling granting summary judgment with respect to Counts I, II, III, IV and V, and that the plaintiffs shall seek no further review of the First Circuit's affirmance.

PLAINTIFFS,
DIMAIO FAMILY PIZZA &
LUNCHEONETTE, INC. and ANTHONY A.
DIMAIO

By: _____
Mark J. Albano, BBO No. 013860
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103-2069
Tel.: (413) 736-6971
Dated: August 9, 2005

DEFENDANT,
THE CHARTER OAK FIRE INSURANCE
   COMPANY

By: _____
Gerald P. Dwyer, Jr., BBO #631475
Wystan M. Ackerman, BBO #651086
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200

HART1-1271808-1

SO ORDERED: _____            Dated: _____, 2005
Kenneth P. Neiman
United States Magistrate Judge