# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**DIMAIO PIZZA & LUNCHEONETTE, INC., ET AL**
   **Plaintiff(s)**

   v.         CIVIL ACTION NO.**04-30046-KPN**

**THE CHARTER OAK FIRE INS. CO.,**
   **Defendant(s)**

## JUDGMENT IN A CIVIL CASE

**NEIMAN, M.J.**

  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**

**JUDGMENT FOR THE DEFENDANT ON COUNTS I - V OF THE COMPLAINT PURSUANT TO THE MEMORANDUM AND ORDER OF THE COURT ENTERED ON DECEMBER 27, 2004, GRANTING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

                SARAH A. THORNTON,
                CLERK OF COURT

**Dated: 8/23/05**          /s/John C. Stuckenbruck
                 Deputy Clerk