UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-30046-KPN

DiMAIO FAMILY PIZZA & LUNCHEONETTE, INC. and ANTHONY A. DiMAIO,
Plaintiffs,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,
Defendant.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Dimaio Family Pizza & Luncheonette, Inc. and Anthony A. Dimaio, the Plaintiffs in the above-referenced, hereby appeal, pursuant to Fed. R. App. P. 3 and 4, to the United States Court of Appeals for the First Circuit, from those portions of the *Judgment In A Civil Case,* entered by the court, Neiman, M.J., on August 23, 2005, which dismissed upon summary judgment Counts I through and including V of the plaintiffs' complaint, to the extent that this dismissal was based upon the Memorandum and Orders of the Court respectively dated December 7, 2004 and January 25, 2005.

Dated: September 21, 2005

THE PLAINTIFFS,
DIMAIO FAMILY PIZZA &
LUNCHEONETTE, INC. and
ANTHONY A. DIMAIO,

By: _____
Mark J. Albano, Esq.
DALSEY, FERRARA & ALBANO
73 State Street, Suite 101
Springfield, MA 01103-2069
Tel. (413) 736-6971
Fax. (413) 746-9224
email: malbano@dalsey-ferrara.com
B.B.O. No.: 013860

1

## CERTIFICATE OF SERVICE

I, Mark J. Albano, Esq., hereby certify that a copy of the foregoing document was served on the following persons by first class mail, postage prepaid, on this the 21st day of September, 2005:

Gerald P. Dwyer, Jr.
Wystan M. Ackerman, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Mark J. Albano, Esq.