# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30046

DiMaio Family Pizza & Luncheonette, Inc. et al

v.

The Charter Oak Fire Insurance Company

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 28, 2005.

Sarah A. Thornton, Clerk of Court

By: *(signature)*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/28/05.

*(signature)*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30046-KPN

DimaioPizza & Luncheonette, Inc. et al v. The Charter Oak Fire Insurance Company
Assigned to: Magistrate Judge Kenneth P. Neiman
Demand: $920,000
Cause: 28:1441 Petition for Removal-Insurance Contract

Date Filed: 03/04/2004
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**DimaioPizza & Luncheonette, Inc.**

represented by **Mark J. Albano**
Dalsey, Ferrara & Albano
73 State Street
Suite 101
Springfield, MA 01103
413-736-6971
Fax: 413-746-9224
Email: malbano@dalsey-ferrara.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony A. Dimaio**

represented by **Mark J. Albano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Charter Oak Fire**  represented by  **Gerald P. Dwyer, Jr.**
**Insurance Company**                     Robinson & Cole, LLP
                                          885 Third Avenue
                                          Suite 2800
                                          New York, NY 10022-4834
                                          212-451-2965
                                          Fax: 212-451-2999
                                          Email: gdwyer@rc.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE*
                                          *NOTICED*

                                          **Wystan M. Ackerman**
                                          Robinson & Cole, LLP
                                          280 Trumbull St.
                                          Hartford, CT 06103-3597
                                          860-275-8388
                                          Fax: 860-275-8299
                                          Email: wackerman@rc.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE*
                                          *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2004 | 1 | NOTICE OF REMOVAL by The Charter Oak Fire Insurance Company from Hampden Superior Court filed. Case number 04-159. Filing fee of $150.00 paid. Receipt number 305533. Magistrate/Judge Consent Form to Counsel.(Finn, Mary) (Entered: 03/04/2004) |
| 03/04/2004 | 2 | NOTICE of Appearance by Wystan M. Ackerman on behalf of The Charter Oak Fire Insurance Company filed. (Finn, Mary) (Entered: 03/04/2004) |
| 03/04/2004 | 3 | ANSWER to Complaint by The Charter Oak Fire |

| | | |
|---|---|---|
| | | Insurance Company filed.(Finn, Mary) (Entered: 03/04/2004) |
| 03/04/2004 | 4 | Coporatat Document disclosure by The Charter Oak Fire Insurance Company filed.(Finn, Mary) (Entered: 03/04/2004) |
| 03/04/2004 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 4/7/2004 at 09:30 AM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 03/04/2004) |
| 03/16/2004 | 6 | STATE COURT Record The Charter Oak Fire Insurance Company served on 2/14/2004, answer due 3/5/2004.. (Attachments: # 1)(Lindsay, Maurice) (Entered: 03/16/2004) |
| 03/16/2004 | 7 | NOTICE of filing of certified copies of all records and proceedings in the state court by The Charter Oak Fire Insurance Company re 6 State Court Record (Lindsay, Maurice) (Entered: 03/16/2004) |
| 03/19/2004 | 8 | Dft's Assented to MOTION for Leave to have Gerald P. Dwyer, Jr., Appear Pro Hac Vice, Filing fee $ 50.00, receipt number 305550. by The Charter Oak Fire Insurance Company.(Lindsay, Maurice) (Entered: 03/19/2004) |
| 03/23/2004 | ● | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 8 Motion for Leave to Appear Pro Hac Vice ENTERED, cc:cl. Added Gerald P. Dwyer for The Charter Oak Fire Insurance Company. (Healy, Bethaney) (Entered: 03/23/2004) |
| 03/31/2004 | 9 | JOINT STATEMENT re scheduling conference. (Ackerman, Wystan) (Entered: 03/31/2004) |
| 04/07/2004 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Scheduling Conference held on 4/7/2004. Colloquy re: case. Parties sign and file consent form. Scheduling Order to |

| | | |
|---|---|---|
| | | issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 04/08/2004) |
| 04/07/2004 | 10 | All parties having consented to the random assignment to Magistrate Judge Neiman, this case will remain before the Magistrate Judge.. (Healy, Bethaney) (Entered: 04/08/2004) |
| 04/07/2004 | 11 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting written dic. served by 4/16/04; responses due by 5/176/04; depos. compl. by 6/11/04; D's motion S/J due 7/2/04; response and/or cross motion for S/J due by 7/23/04; D's reply brief by 8/13/04, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/08/2004) |
| 05/20/2004 | 12 | NOTICE of Appearance by Gerald P. Dwyer Jr. on behalf of The Charter Oak Fire Insurance Company (Lindsay, Maurice) (Entered: 05/20/2004) |
| 06/30/2004 | 13 | CORPORATE DISCLOSURE STATEMENT by The Charter Oak Fire Insurance Company *Supplemental*. (Dwyer, Gerald) (Entered: 06/30/2004) |
| 07/09/2004 | 14 | MOTION for Summary Judgment by The Charter Oak Fire Insurance Company.(Dwyer, Gerald) (Entered: 07/09/2004) |
| 07/09/2004 | 15 | MEMORANDUM in Support re 14 MOTION for Summary Judgment filed by The Charter Oak Fire Insurance Company. (Dwyer, Gerald) (Entered: 07/09/2004) |
| 07/09/2004 | 16 | STATEMENT of facts *by Defendant*. (Dwyer, Gerald) (Entered: 07/09/2004) |
| 07/09/2004 | 17 | AFFIDAVIT in Support re 14 MOTION for Summary Judgment filed by The Charter Oak Fire Insurance Company. (Dwyer, Gerald) (Entered: 07/09/2004) |
| 07/09/2004 | 18 | AFFIDAVIT in Support re 14 MOTION for Summary Judgment filed by The Charter Oak Fire Insurance |

| | | |
|---|---|---|
| | | Company. (Dwyer, Gerald) (Entered: 07/09/2004) |
| 07/26/2004 | 19 | Joint MOTION to Amend 11 Scheduling Order, by Anthony A. Dimaio, DimaioPizza & Luncheonette, Inc., and The Charter Oak Fire Insurance Company. (Lindsay, Maurice) (Entered: 07/26/2004) |
| 07/26/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ORDER entered granting 19 Joint Motion to Amend Scheduling Order. Plaintiffs shall file their opposition and cross motion for summary judgment by August 13, 2004, to which Defendant shall respond by August 27, 2004. There shall be no further extensions. (Neiman, Kenneth) (Entered: 07/26/2004) |
| 08/16/2004 | 20 | Pltfs' Anthony A. Dimaio and Dimaio Pizza & Luncheonette's MEMORANDUM in Opposition to the Deft's 14 MOTION for S/J filed. (Finn, Mary) (Entered: 08/16/2004) |
| 08/16/2004 | 21 | Pltf. Anthony A. Dimaio's AFFIDAVIT in Opposition to the Deft's 14 MOTION for S/J filed. (Attachments: # 1)(Finn, Mary) (Entered: 08/16/2004) |
| 08/27/2004 | 22 | REPLY to Response to Motion re 14 MOTION for Summary Judgment filed by The Charter Oak Fire Insurance Company. (Attachments: # 1 Exhibit 1-3) (Ackerman, Wystan) (Entered: 08/27/2004) |
| 09/14/2004 | 23 | NOTICE of Hearing on Motion 14 MOTION for Summary Judgment: Motion Hearing set for 9/27/2004 at 02:00 PM in Courtroom 3 before Magistrate Kenneth P. Neiman; cc/cl. (Finn, Mary) (Entered: 09/14/2004) |
| 09/27/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman: Motion Hearing held on 9/27/2004 re 14 MOTION for Summary Judgment filed by The Charter Oak Fire Insurance Company. Mr. Albano for Plaintiff; Mr. Dwyer for Defendant. Argument heard. Motion taken under |

| | | |
|---|---|---|
| | | advisement. (Court Reporter digital.) (Olin, Nathan) (Entered: 09/27/2004) |
| 12/07/2004 | 24 | Magistrate Judge Kenneth P. Neiman. MEMORANDUM AND ORDER granting in part and denying in part 14 Motion for Summary Judgment ENTERED, cc:cl. "...For the reasons stated, Charter Oak's motion for summary judgment is ALLOWED with regard to Counts I through V, but DENIED with regard to Count VI. The clerk's office shall schedule a conference so that the remaining discovery events may be set with respect to Count VI." (Healy, Bethaney) (Entered: 12/07/2004) |
| 12/09/2004 | 25 | NOTICE of Hearing ISSUED, cc:cl. Case Management Conference set for 12/29/2004 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 12/09/2004) |
| 12/17/2004 | 26 | Pltfs' MOTION to Amend the complaint filed in State Court by Anthony A. Dimaio, DimaioPizza & Luncheonette, Inc. filed.(Finn, Mary) (Entered: 12/20/2004) |
| 12/29/2004 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Albano, Dwyer) appear for Case Management Conference held on 12/29/2004. Colloquy re: status of discovery. Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 12/29/2004) |
| 12/30/2004 | 27 | Judge Kenneth P. Neiman : SCHEDULING ORDER entered. All remaining discovery shall be completed by 3/24/2005. Pltfs' shall designate and discl. info. re: trial experts by 6/23/2005, Defts' due 7/28/2005. All expert and non-expert depos. to be completed by 9/01/2005. Counsel to appear for a case managemnt conf. on 9/8/2005 at 10:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl.(Finn, Mary) (Entered: 12/30/2004) |

| 01/03/2005 | 28 | MEMORANDUM in Opposition re 26 MOTION to Amend *and for Relief from the Summary Judgment Entered on Counts I through V of Their Complaint* filed by The Charter Oak Fire Insurance Company. (Dwyer, Gerald) (Entered: 01/03/2005) |
|---|---|---|
| 01/25/2005 | 29 | Magistrate Judge Kenneth P. Neiman. MEMORANDUM AND ORDER denying 26 Motion for Relief, ENTERED, cc:cl. See Memorandum for further details. (Healy, Bethaney) (Entered: 01/25/2005) |
| 08/11/2005 | 30 | STIPULATION of Dismissal of Count VI of the Complaint by DimaioPizza & Luncheonette, Inc., Anthony A. Dimaio, and The Charter Oak Fire Insurance Company. (Lindsay, Maurice) (Entered: 08/11/2005) |
| 08/12/2005 | 31 | Magistrate Judge Kenneth P. Neiman. ORDER approving re 30 Stipulation of Dismissal filed by The Charter Oak Fire Insurance Company,, DimaioPizza & Luncheonette, Inc.,, Anthony A. Dimaio, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 08/19/2005) |
| 08/23/2005 | 32 | Judge Kenneth P. Neiman : electronic ORDER entered. JUDGMENT in favor of Defendant on counts I - V of complaint pursuant to memorandum and order entered on 12/27/04.(Stuckenbruck, John) (Entered: 08/23/2005) |
| 09/21/2005 | 33 | Pltfs' NOTICE OF APPEAL as to 32 Judgment dismissing Counts I - V of the complaint by DimaioPizza & Luncheonette, Inc., Anthony A. Dimaio filed. Filing fee of $255.00 paid. Receipt number 306052. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of |

|  |  | Appeals. Appeal Record due by 10/11/2005. (Finn, Mary) (Entered: 09/22/2005) |
|---|---|---|
| 09/22/2005 | ● | Original file and docket sheet forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 09/22/2005) |