# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name **DiMaio Family Pizza & Luncheonette, Inc. v. The Charter Oak Fire Insurance Company**
District Court Case No. **04-cv-30046**   District of **Massachusetts**
Date Notice of Appeal filed **9/21/05**   Court of Appeals Case No. **05-2459**
Form filed on behalf of **The Charter Oak Fire Insurance Company**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter **Philbin & Associates**
Phone Number of Reporter **413-733-4078**

A. __X__ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | **Summary judgment motion hearing on 9/27/04** |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. __X__ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name **Wystan M. Ackerman**   Filer's Signature *Wystan M. Ackerman*
Firm/Address **Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103**
Telephone number **860-275-8200**   Date mailed to court reporter **10/4/05**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)   SEE INSTRUCTIONS ON REVERSE