# United States Court of Appeals
## For the First Circuit

04-30046
Massachusetts
K. Neiman

No. 05-2459

**MANDATE**

DIMAIO FAMILY PIZZA & LUNCHEONETTE, INC.;
ANTHONY A. DIMAIO,

Plaintiffs, Appellants,

v.

THE CHARTER OAK FIRE INSURANCE COMPANY,

Defendant, Appellee.

**JUDGMENT**

Entered: May 30, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of Charter Oak Fire Insurance Company and its denial of the Motion for Reconsideration by the DiMaio Family Pizza and Luncheonette and Anthony A. DiMaio are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Calardo
Deputy Clerk
Date: 6·21·06

By the Court:

RICHARD CUSHING DONOVAN
_____
Richard Cushing Donovan, Clerk

[cc: Mr. Albano, Mr. Dwyer & Mr. Ackerman.]